PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THOMAS CHAYRA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>FIJI FOOD MART; COLUMBUS DATA SERVICES. DOES 1 to 10, Inclusive,<br><br>Defendant. | Case No.: CV 11-9855 CAS (RZx)<br><br>**ORDER RE DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE**<br>**[JS-6]** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff hereby dismisses the above-captioned matter in its entirety.

Pursuant to California Rules of Court Rule 3.770(a), no consideration was paid to any Plaintiff or Plaintiff's counsel, directly or indirectly, in consideration for dismissing this action with prejudice.

DATED: May 29, 2012   By: _/s/ Christina A. Snyder_
HON. CHRISTINA A. SNYDER
United States District Judge

---

1

FIRST AMENDED COMPLAINT